**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LAWRENCE WALLS**                                                      **PLAINTIFF**

**v.**                                **Case No. 5:19-cv-00200-KGB**

**JEREMY CROSBY, Detective**                                **DEFENDANT**

**ORDER**

Plaintiff Lawrence Walls, an inmate at the W.C. Brassell Adult Detention Center, filed a *pro se* complaint on June 17, 2019 (Dkt. No. 1). On December 10, 2019, the Court denied without prejudice Mr. Walls's motion to proceed *in forma pauperis* because neither the certificate nor calculation sheet he submitted were signed by an authorized official of the facility at which he is incarcerated (Dkt. No. 5). Also on December 10, 2019, the Court directed Mr. Walls to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* by January 10, 2020 (*Id.*). Mr. Walls was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.")

As of the date of this Order, Mr. Walls has not complied with the Court's Order of December 10, 2019, and the time for doing so has passed. The Court also notes that mail from the Court to Mr. Walls at his address of record has been returned as undeliverable (Dkt. Nos. 6, 7). It appears that Mr. Walls changed addresses without updating his information with the Court. For the reasons described above, the Court dismisses this case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge